UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY SCOTT SHORT, | ) | |
| Movant, | ) | |
| v. | ) | No. 4:09-CV-763 CAS |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## ORDER

This matter is before the Court on movant Timothy Scott Short's motion for an extension of time of twenty days to file his Reply to the government's Response to movant's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255. The motion for an extension of time will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that movant Timothy Scott Short's motion for an extension of time of twenty days to file his Reply to the government's Response is **GRANTED**. [Doc. 9]

**IT IS FURTHER ORDERED** that movant shall file his Reply memorandum, if any, by **September 29, 2009**. If movant's Reply is not filed by this date, his right to file such a reply shall be waived.

CHARLES A. SHAW
**UNITED STATES DISTRICT JUDGE**

Dated this  9th  day of September, 2009.